**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**THOMAS ALLOTEY, et al.**                                    *

                *Plaintiffs*                                    *

**v.**                                                                     *        **Civil No. 1:21-CV-2288-JMC**

**BALTIMORE COUNTY,**                                    *
**MARYLAND, et al.**
                                                                            *

               *Defendants*
*        *        *        *        *        *        *        *        *        *        *        *

## INDEX OF EXHIBITS

Exhibit A     Incident Report

Exhibit B     Screenshot from Officer Becketts Body Worn Camera Video

Exhibit C     Excerpt from Officer Becketts Deposition

Exhibit D     Officer Becketts Body Worn Camera Video

Exhibit E     Officer White Body Worn Camera Video

Exhibit F     Screenshot from Officer Becketts Body Worn Camera Video

Exhibit G     Screenshot from Officer Becketts Body Worn Camera Video

Exhibit H     Officer White 2nd Body Worn Camera Video

Exhibit I      Officer Ruiz Body Worn Camera Video

Exhibit J      Police Photographs of Plaintiff Allotey after Arrest

Exhibit K     Plaintiff Allotey Medical Records

Exhibit L     Excerpt from Officer Pearson Deposition